IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THERASE MICHEAL** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. _____ |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **DEFENDANT.** | § | |
| | § | **DEFENDANT DEMANDS A JURY** |

### DEFENDANT WAL-MART STORES TEXAS LLC'S
### NOTICE OF REMOVAL

WAL-MART STORES TEXAS, LLC ("Defendant"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1332.

## I.
## INTRODUCTION

1. Pursuant to 28 U.S.C. § 1441, et seq., this civil action is removed from the 333rd Judicial District Court, where this matter was pending under Cause No. 2021-34579, in a matter styled *Therase Micheal v. Wal-Mart Stores Texas, LLC* (the "State Court Action").

## II.
## RELEVANT FACTS

2. Plaintiff, Therase Micheal (hereinafter "Plaintiff"), claims she slipped and fell on water that was on the floor at Walmart store #1040 in Houston, Texas, on April 26, 2021. *See* Pl.'s First Am. Pet. (Ex. A) at ¶ 6. Plaintiff claims she sustained personal injuries as a result of the alleged slip-and-fall. *See id* at ¶ 12-14. Plaintiff asserts claims of premises liability and negligence. *See id.* at ¶ 7-11.

## III.
## TIMELINESS OF REMOVAL

3. This removal is timely as filed. Plaintiff's Original Petition, filed on June 9, 2021, stated "Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00." *See* Pl.'s Orig. Pet. (Ex. B) at ¶ 3. Five days later, on June 14, 2021, before Defendant filed its Original Answer, Plaintiff filed her First Amended Petition, revising her statement regarding monetary relief sought, and added the sentence: "Plaintiff further pleads that the amount in controversy in this matter does not exceed $75,000.00." *See* Pl.'s First Am. Pet. (Exhibit A) at ¶ 3. Plaintiff also revised the above-quoted sentence from her Original Petition to state "Plaintiff seeks monetary relief of less than $250,000.00," clarifying that the original amount in controversy at the outset of the lawsuit did not exceed $75,000.00. *See id.*

4. On March 29, 2022, Plaintiff tendered a settlement demand to Defendant, disclosing (for the first time) alleged expenses from two medical providers totaling more than $185,000.00. Prior to March 29, 2022, Plaintiff's alleged medical expenses were less than $30,000.00 total, according to the documents exchanged by the parties in discovery.

5. Upon receipt of a copy of an amended pleading, motion, order, or other paper from the plaintiff which the defendant can ascertain that the case has become removable, the defendant has 30 days to remove the case. 28 U.S.C. 1446(b)(3); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68-69 (1996). Defendant has timely removed this case, as Defendant's removal is filed less than 30 days after receipt of Plaintiff's correspondence and accompanying records—or other paper—that enabled Defendant to ascertain that the amount in controversy in the case exceeded $75,000.00. *Id.*

## IV.
## BASIS FOR REMOVAL JURISDICTION

6. Removal is proper under 28 U.S.C. §§ 1441 and 1332 because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. At the time of the filing of her Petition, Plaintiff was, and is still, a citizen of Texas. *See* Exhibits A & B at ¶ 4.

8. Plaintiff sued Wal-Mart Stores Texas, LLC. Defendant Wal-Mart Stores Texas, LLC is now and was at the time of filing of this action a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

9. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S.378, 382-83 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

10. Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. A corporation is "'a citizen of every

State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas.

11. Accordingly, for diversity purposes, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas.

12. Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiff and Wal-Mart Stores Texas, LLC pursuant to 28 U.S.C. § 1332.

13. Within the last 30 days, Plaintiff has produced "other paper" that demonstrates the amount in controversy in this case exceeds $75,000.00. *See supra* ¶¶ 4-5. Thus, based on all information currently known by or available to Defendant, that the amount in controversy exceeds the jurisdictional minimum for removal to this Court.

## V.
## THIS NOTICE IS PROCEDURALLY CORRECT

14. Based on the aforementioned facts, the State Court Action may be removed to this Court by Defendant Wal-Mart Stores Texas, LLC in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

15. Defendant retains the right to supplement the jurisdictional allegations by affidavit, declaration or otherwise, should Plaintiff challenge the allegations in a motion to remand or other filing.

16. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all parties and to the Clerk of the 333rd Judicial District, where this matter was pending under Cause No. 2021-34579, in a matter styled *Therase Micheal v. Wal-Mart Stores Texas, LLC*.

17. A jury trial has been demanded in the State Court Action by Defendant.

18. Trial has not commenced in the 333rd Judicial District Court.

## VI.
## CONCLUSION

19. Since diversity jurisdiction exists over Plaintiff's claim as set forth in Plaintiff's Petition, Defendant desires and is entitled to remove the lawsuit filed in the 333rd Judicial District Court, to the United States District Court for the Southern District of Texas, Houston Division.

**WHEREFORE,** Defendant Wal-Mart Stores Texas, LLC files this Notice of Removal pursuant to and in conformance with the statutory requirements, removes this action from the 333rd Judicial District Court.

Respectfully submitted,

**BUSH & RAMIREZ, PLLC**

*/s/ John A. Ramirez*
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com

**ATTORNEY FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 26th day of April 2022.

      Daspit Law Firm
      440Louisiana, Suite 1400
      Houston, Texas 77002

      */s/ John A. Ramirez*
      John A. Ramirez